IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

CRESTON KING, et al.,

Plaintiffs,

V.

CASE NO. C2-10-1044
JUDGE EDMUND A. SARGUS, JR.
MAGISTRATE JUDGE E. A. PRESTON DEAVERS

CITIMORGAGE, INC.,

Defendant.

## ORDER

The undersigned hereby RECUSES himself from this case. The Clerk shall use a random draw to assign a new judge to this case.

**IT IS SO ORDERED.**

11-22-2010
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE